UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RHETT ALAN JONES and | ) | CASE NO. 10-08043-JKC-7 |
| BONNIE LUANN JONES, | ) | |
| | ) | |
| DEBTORS.) | | |

TRUSTEE'S MOTION TO REOPEN

Gregory K. Silver, Trustee herein, moves the Court to reopen this case for the reason that he has found assets of a mesh case claim, unlisted and not abandoned for $150,000.00 herein providing a likely dividend to unsecured creditors.

WHEREFORE, Trustee prays this case be reopened with the costs to do so deferred until the monies are obtained herein for such.

/s/ Gregory K. Silver

Gregory K. Silver
445 N. Pennsylvania St., Suite 810
Indianapolis, IN 46204
(317) 590-0418
trusteegksilver@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Konstantine KG Orfanos
korfanos@glaserebbs.com

Elizabeth Brown Alphin
loubknotices@mapother-atty.com

Brooks J. Grainger
bankruptcy@krisorlaw.com

I further certify that on September 2, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following: Rhett Alan and Bonnie Luann Jones, 2135 E. 400 S., Crawfordsville, IN 46933.

    /s/ Gregory K. Silver
    Gregory K. Silver